1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGARET HARRIS,          ) | Case No.: C 09-1169 PVT |
|                           ) | |
|     Plaintiff,            ) | **ORDER CONTINUING HEARING AND** |
|                           ) | **SETTING DEADLINE FOR PLAINTIFF TO** |
|     v.                    ) | **FILE EITHER A "CONSENT TO PROCEED** |
|                           ) | **BEFORE A UNITED STATES MAGISTRATE** |
| CITY OF SANTA CLARA,      ) | **JUDGE," OR ELSE A "DECLINATION TO** |
|                           ) | **PROCEED BEFORE A UNITED STATES** |
|     Defendants.           ) | **MAGISTRATE JUDGE AND REQUEST FOR** |
| _____) | **REASSIGNMENT"** |

   On April 8 2008, Defendant filed a Motion to Dismiss for Failure to State a Claim upon which Relief Can Be Granted (FRCP 12(b)(6), or in the Alternative, Motion for More Definitive Statement (FRCP 12(e).[1]  Pursuant to Civil Local Rule 73-1(a)(2), no later than five court days after that motion was filed, each party was required to file either a written consent to the jurisdiction of the magistrate judge, or request reassignment to a district judge.  Defendant already filed a consent to magistrate judge jurisdiction.  Plaintiff has not yet filed either a written consent to the jurisdiction of the magistrate judge, or request reassignment to a district judge.[2]  Therefore, based on the file herein,

   IT IS HEREBY ORDERED that the hearing on Defendant's motion, currently set for May

---

[1]   The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2]   Magistrate Judges have authority to hear dispositive motions, such as the motion to dismiss filed by Defendant, only in cases where all parties have consented to Magistrate Judge jurisdiction.  *See* 28 U.S.C. § 636(c)(1).

ORDER, *page 1*

1 | 19, 2009, is CONTINUED to 10:00 a.m. on June 9, 2009.

2 |     IT IS FURTHER ORDERED that no later than May 15, 2009, Plaintiff shall file either a
3 | "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed
4 | Before a United States Magistrate Judge and Request for Reassignment."  Both forms are available
5 | from the clerk of the court, or from the Forms (Civil) section of the court's website at
6 | www.cand.uscourts.gov.

7 | Dated:  *5/12/09*

8 |  
9 |                               PATRICIA V. TRUMBULL
                              United States Magistrate Judge

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on    *5/12/09*     to:

Margaret Harris
2193 Augusta Place
Santa Clara, CA  95051

                             */s/   Donna Kirchner         for*
                             CORINNE LEW
                             Courtroom Deputy