IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Margaret Harris, | NO. C 09-01169 JW |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| City of Santa Clara, | |
|     Defendant. | |

Pursuant to the Court's December 9, 2009 Order Granting Defendant's Motion to Dismiss With Prejudice, judgment is entered in favor of Defendant City of Santa Clara, against Plaintiff Margaret Harris.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: December 9, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michael C. Serverian mserverian@rllss.com

Margaret Harris
2193 Augusta Place
Santa Clara, CA 95051

**Dated:  December 9, 2009**                                     **Richard W. Wieking, Clerk**

                                                                 **By:      /s/ JW Chambers
                                                                           Elizabeth Garcia
                                                                           Courtroom Deputy**